AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
**District of Columbia**

Shonta Jones, et al
_____
Plaintiff/Petitioner
)
)
)
District of Columbia Public Schools )
St. Coletta of Greater Washington )
Public Charter Defendant/Respondent School )
)

**FILED**
JAN - 4 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Case: 1:18-cv-00017
Assigned To : Unassigned
Assign. Date : 1/4/2018
Description: Pro Se Gen. Civil

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per
(specify pay period) _____

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

(a) Business, profession, or other self-employment    ☐ Yes    ☒ No
(b) Rent payments, interest, or dividends             ☐ Yes    ☒ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☒ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☒ No
(e) Gifts, or inheritances                             ☐ Yes    ☒ No
(f) Any other sources                                  ☒ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

(f) Child support for S.▇▇▇ - $150.00 monthly (current & future amounts)
                       D. Jamison $466.00 monthly (current & future amounts)

SSI benefits for S.▇▇▇ $720.00 monthly (current)
                      $750.00 monthly (future/starting Jan 1, 2018)

**RECEIVED**
DEC 2 2 2017
Clerk, U.S. District and
Bankruptcy Courts

2

4. Amount of money that I have in cash or in a checking or savings account: $ 0

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value):

Vehicle: 2000 BMW 750il   Valued at $2,300

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):

Housing: $26 monthly    $110.00 yearly (AAA)   $1,064.00 yearly (Insurance)
Transportation: $100 monthly
Utilities: Gas $186.00, Electric $200.00 & Water $37.00
Loans: Austin Bank $49.00 monthly   cc: Target $49.00 monthly   cc: Capitol One $20.00 monthly
cc: Chase $26.00 monthly   Open Sky $15.00 monthly   Navy Federal $75.00 monthly
Chase: $40.00 monthly

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

S.C.               (Son)    100% contribution to his support
Daquon Jamison    (Son)    100% contribution to his support

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):

Credit cards:
Capitol One   $73.00              loans: Austin Bank   $141.00
Target        $2,000.00           Chase   $2,542.00
Navy Federal  $3,868.23
Open Sky      $45.00
Chase         $1,685.40

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: December 22, 2017

Applicant's signature

Shonta Jones
Printed name