AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
*District of Columbia*

Shonta Jones, et al
_____
Plaintiff/Petitioner
)
)
)
)
District of Columbia Public Schools
St Coletta of Greater Washington
Public Charter School
Defendant/Respondent
)
)
)
)

**FILED**
JAN - 4 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Case: 1:18-cv-00017
Assigned To : Unassigned
Assign. Date : 1/4/2018
Description: Pro Se Gen. Civil

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

*Leave to file without prepayment of costs* **GRANTED**
*United States District Judge*

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per

(specify pay period) _____

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

(a) Business, profession, or other self-employment    ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends            ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments     ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments    ☐ Yes   ☒ No
(e) Gifts, or inheritances                           ☐ Yes   ☒ No
(f) Any other sources                                ☒ Yes   ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

(f) Child support for S.■ - $150.00 monthly (current & future amounts)
D. Jamison - $466.00 monthly (current & future amounts)

SSI benefits for S.■ - $720.00 monthly (current)
$750.00 monthly (future/starting Jan 1, 2018)

**RECEIVED**
DEC 2 2 2017
Clerk, U.S. District and
Bankruptcy Courts

2