AO 440b (Rev 12/09, DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

SHONTA JONES et al )
)
*Plaintiff* )
)
v. ) Civil Action No. 18-cv-00017-TNM
DISTRICT OF COLUMBIA PUBLIC SCHOOLS et al )
) **WITHOUT PREPAYMENT OF COSTS**
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SERVE TO: KARL RACINE, DC ATTORNEY GENERAL
441 4TH STREET, NW
WASHINGTON, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SHONTA JONES
338 Quackenbos Street, NW
Washington, DC 20011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   02/12/2018

Michael Darby
*Signature of Clerk or Deputy Clerk*

cc/PSD

AO 440b (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| SHONTA JONES et al | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.  18-cv-00017-TNM |
| DISTRICT OF COLUMBIA PUBLIC SCHOOLS et al | ) ) | **WITHOUT PREPAYMENT OF COSTS** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SERVE TO: OFFICE OF THE MAYOR
JOHN A. WILSON BLDG
1350 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    SHONTA JONES
338 Quackenbos Street, NW
Washington, DC 20011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:    02/12/2018

Michael Darby
*Signature of Clerk or Deputy Clerk*

AO 440b (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| SHONTA JONES et al <br><br> *Plaintiff* <br><br> v. <br><br> DISTRICT OF COLUMBIA PUBLIC SCHOOLS et al <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No.  18-cv-00017-TNM <br> ) <br> ) **WITHOUT PREPAYMENT OF COSTS** <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ST COLETTA OF GREATER WASHINGTON
1901 INDEPENDENCE AVENUE, SE
WASHINGTON, DC 20003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SHONTA JONES
338 Quackenbos Street, NW
Washington, DC 20011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:    02/12/2018

Michael Darby
*Signature of Clerk or Deputy Clerk*