| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>SHONTA JONES et al | COURT CASE NUMBER<br>18-cv-00017-TNM |
|---|---|
| DEFENDANT<br>DISTRICT OF COLUMBIA PUBLIC SCHOOLS et al | TYPE OF PROCESS<br>S & C |

**SERVE AT**
{ NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ST COLETTA OF GREATER WASHINGTON
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1901 INDEPENDENCE AVENUE, SE, WASHINGTON, DC 20003 }

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

SHONTA JONES
338 Quackenbos Street, NW
Washington, DC 20011

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U S A | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Michael Darby
TELEPHONE NUMBER: (202) 354-3085
DATE: 2/12/18

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>3 of 3 | District of Origin<br>No. 16 | District to Serve<br>No. 16 | Signature of Authorized USMS Deputy or Clerk | Date<br>02/14/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc, at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
KavCC, Chief Operating Officer

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*

Date: 2/22/18  Time: 0949  ☒ am ☐ pm

Signature of U S Marshal or Deputy  0059

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| — | — | — | — | | $0.00 |

REMARKS

**RECEIVED**
FEB 22 2018
Clerk, U.S. District and
Bankruptcy Courts

**DISTRIBUTE TO:**
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the U S Marshal with payment, if any amount is owed Please remit promptly payable to U S Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 11/13

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>SHONTA JONES et al | COURT CASE NUMBER<br>18-cv-00017-TNM |
|---|---|
| DEFENDANT<br>DISTRICT OF COLUMBIA PUBLIC SCHOOLS et al | TYPE OF PROCESS<br>S & C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KARL RACINE, DC ATTORNEY GENERAL
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
441 4TH STREET, NW, WASHINGTON, DC 20001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

SHONTA JONES
338 Quackenbos Street, NW
Washington, DC 20011

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U S A | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
*Michael Darby*
TELEPHONE NUMBER: (202) 354-3085
DATE: 2/12/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>2 of 3 | District of Origin<br>No 16 | District to Serve<br>No 16 | Signature of Authorized USMS Deputy or Clerk | Date<br>02/12/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc, at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above)
Hale Rivers  staff assistant  2-21-18

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 2/21/18   Time: 1132  ☒ am ☐ pm

Signature of U S Marshal or Deputy  005-9

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| — | — | — | — | | $0.00 |

REMARKS

**RECEIVED**
FEB 2 2 2018
Clerk, U.S. District and
Bankruptcy Courts

DISTRIBUTE TO:
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the U S Marshal with payment, if any amount is owed Please remit promptly payable to U S Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 11/13

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>SHONTA JONES et al | COURT CASE NUMBER<br>18-cv-00017-TNM |
|---|---|
| DEFENDANT<br>DISTRICT OF COLUMBIA PUBLIC SCHOOLS et al | TYPE OF PROCESS<br>S & C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
OFFICE OF THE MAYOR JOHN A. WILSON BLDG
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1350 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20004

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

SHONTA JONES
338 Quackenbos Street, NW
Washington, DC 20011

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
*Michael Darby*
TELEPHONE NUMBER: (202) 354-3085
DATE: 2/12/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1 of 3
District of Origin: No. 16
District to Serve: No. 16
Date: 02/12/18

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above): Regina M. Brown

Address (complete only different than shown above):
441 4th St. NW
Washington, DC 20001

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 2/21/18  Time: 1510 ☒ pm

Signature of U S Marshal or Deputy: 0059

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

**RECEIVED FEB 22 2018**

REMARKS:

Clerk, U.S. District and Bankruptcy Courts

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U S Marshal with payment, if any amount is owed. Please remit promptly payable to U S Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 11/13