United States District Court
for the District of Columbia.

Shonta Jones et al
117 Franklin Street N.E. #I14
Washington, D.C. 20002

CA: 18-CV-17 (TNM) DA

vs.

District of Columbia Public Schools
1200 First St. N.E. 10th Floor
Washington, D.C. 20002

I, Shonta Jones hereby declare that on the 25th day of June, 2018. I mailed a copy of the summons and complaint to Aaron Finkhousen at 441 4th Street N.W. Suite 630 South WDC and I emailed him on the 16th day of July. 2018 at 10:58 pm to the email address of aaron.finkhousen@dc.gov. Attached is the email receipt along with my Opposition.

**RECEIVED**

AUG 21 2018

Clerk, U.S. District and
Bankruptcy Courts

Respectfully submitted,
Shonta Jones
117 Franklin St NE #I14
Washington, DC 20002

Switch to the newest Yahoo Mail

| Sent | Contacts | Calendar | Notepad |
|------|----------|----------|---------|

**Compose**      Delete   [Actions ▼] [Apply]

**Inbox (83153)**

**Drafts (291)**

Sent

**Spam (161)**    [Empty]

Trash    [Empty]

▾ **My Folders**    [Edit]

Archive

**Basics appt up... (4)**

basics

**Drafts (4)**

Junk

Notes

**Unwanted (524)**

[Select All] [Date ▼] [Descending Order ▼] [Apply]     1 > >>

| | | | |
|---|---|---|---|
| ☐ | ▬▬▬▬▬ | ▬▬▬▬▬ | Fri, 8/10/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬ Services | Thu, 8/9/18 🗑 |
| ☐ | ▬▬▬▬▬ | DFAS Center | Sat, 8/4/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬▬▬ | 📎 Fri, 8/3/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬▬▬ | Thu, 8/2/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬▬▬ | Wed, 8/1/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬▬▬ | Tue, 7/31/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬ Newsletter - July 2018 | Tue, 7/31/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬▬▬ | 📎 Mon, 7/30/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬ion | Mon, 7/30/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬▬▬! | 📎 Mon, 7/30/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬▬▬ | Fri, 7/27/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬ Reimbursement | Fri, 7/27/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬▬▬ | Thu, 7/26/18 🗑 |
| ☐ | ▬▬▬▬▬ | Fw: ▬▬▬ | 📎 Wed, 7/25/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬▬▬ Behavior | Tue, 7/24/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬▬▬ | Tue, 7/24/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬▬▬ | Tue, 7/24/18 🗑 |
| ☐ | ▬▬▬▬▬ | Re: typing ▬▬▬▬▬ | Mon, 7/23/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬ion | Fri, 7/20/18 🗑 |
| ☐ | Aaron.finkhouse... | CA:18-CV-17 (TNM/DAR) | 📎 Mon, 7/16/18 🗑 |
| ☐ | me | Behavior from dept of education | 📎 Mon, 7/16/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬▬▬ | 📎 Mon, 7/16/18 🗑 |
| ☐ | ▬▬▬▬▬ | ▬▬▬▬▬ | 📎 Mon, 7/16/18 🗑 |
| ☐ | momsickofautis... | ▬▬▬▬▬ | Mon, 7/16/18 🗑 |

     1 > >>

Compose      Delete   [Actions ▼] [Apply]

Insured by NCUA

Earn points on food and fuel

LEARN MORE

NAVY FEDERAL Credit Union

[illegible dark banner]

**CA:18-CV-17 (TNM/DAR)**                                    Monday, July 16, 2018 10:58 PM

From: "Shonta Jones" <momsickofautism@yahoo.com>

To: "Aaron.finkhousen@dc.gov" <Aaron.finkhousen@dc.gov>

Cc: "Shonta Jones" <momsickofautism@yahoo.com>

United States District and Bankruptcy Court
for the District of Columbia.

Shonta Jones et al
117 Franklin Street N.E #J14
Washington, D.C. 20002

CA-18-CV-17 (TNM)

vs.

District of Columbia Public School
1200 First St. NE. 10th Floor
Washington, D.C. 20002

**RECEIVED**

JUN [illegible] 2018

Clerk, U.S. District and
Bankruptcy Courts

Response to Defendants Motion to Dismiss

Introduction

This matter is brought by the Plaintiff, Shonta Jones against the Defendant under the Individuals with Disabilities in Education Act ("IDEA") The court should deny the Defendants motion to dismiss the complaint for the following reasons

First, the Plaintiff, Shonta Jones proceeding in forma pauperis and pro se, filed a complaint against the District of Columbia Public Schools ("DCPS"). The Defenda argues that the complaint should be dismissed becaus It names ("DCPS") as the Defendant and not the District In other words, ("DCPS") is a subordinate agency of the District and is not independently capable of suing or being sued (non-sui juris). See Defendants motion to dismiss. The Plaintiff, Shonta Jones is requesting that the courts substitute the District as the Defendant as in the case of Henneghan vs. District of Colum public Schools, 597 F. Supp. 2d 34 (DC. 2009). (See attache

that District of Columbia Public Schools ("DCPS") is not the Local Education Agency ("LEA"), as in the Hearing Officer Determination ("HOD") by the Independent Hearing Officer ("IHO") (attached) It list District of Columbia Public Schools ("DCPS") as the Defendant and not St. Coletta which is an admission. In addition to the Districts admission, The D.C. Public Charter School Board LEA status chart (attached) list District of Columbia Public Schools as the Local Education Agency ("LEA"). District of Columbia Public Schools did not make the argument that is not the LEA at the administrative level when the due process complaint was filed. In any event, if it is not the Local Education Agency ("LEA") they waived that argument during the administrative process.

Finally, the Plaintiff, Shonta Jones filed her complaint timely. The Hearing Officer Determination ("HOD") dated September 24, 2017 (attached see under the Notice of right to Appeal section list the appeal time frame of ninety (90) days from the date of the Determination in accordance with 20 U.S.C. § 1415(i).

Shonta Jones took her complaint to the court on December 22, 2017 to file it timely (attached). The court called the Plaintiff, Shonta Jones in late December 2017 to redact her complaint. In addition, the confidentiality is the Plaintiffs, Shonta Jones to waive. The Plaintiff, Shonita Jone did not have to redact her complaint. The court could have filed it under seal. The "IDEA" law does not require the parent to redact the childs name. In any event, The Plaintiff, Shonta Jones agreed to comply with courts request and redacted her complaint. The court filed her complaint on January 4, 2018.

Respectfully submitted,

Shonta Jones
117 Franklin St NE #14
Washington, DC 20002

Hello,

I am sending another copy of my Opposition.

Thank you,

Shonta Jones

Sent from Yahoo Mail on Android