UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHONTA JONES,<br><br>  Plaintiff,<br><br> v.<br><br>DISTRICT OF COLUMBIA PUBLIC SCHOOLS, et al.,<br><br>  Defendants. | Civil Action No. 18-00017<br>TNM/DAR |

**ORDER**

Plaintiff Shonta Jones, appearing *pro se*, counsel for the District of Columbia, and counsel for Defendant St. Coletta of Greater Washington. appeared before the undersigned United States Magistrate Judge on this date for a status hearing.  In accordance with the representations made by all parties, and for the reasons set forth on the record, it is, this 15th day of February, 2019,

  **ORDERED,** with Plaintiff's consent, that Defendant St. Coletta of Greater Washington is **DISMISSED WITH PREJUDICE** as a party; it is

  **FURTHER ORDERED** that the Motion to Dismiss of St. Coletta of Greater Washington (ECF No. 12) is **DENIED AS MOOT**; it is

  **FURTHER ORDERED** that the District of Columbia's Motion to Dismiss (ECF No. 8), with the District of Columbia's consent, is administratively closed; and it is

**FURTHER ORDERED** that the District of Columbia shall file its complete motion to dismiss by no later than February 22, 2019; Plaintiff shall file her opposition by no later than March 15, 2019, and the District of Columbia shall file its reply by no later than March 22, 2019.

                                                  DEBORAH A. ROBINSON
                                                  United States Magistrate Judge