UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHONTA JONES,<br><br>      Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA PUBLIC SCHOOLS,<br><br>      Defendant. | Civil Action No. 18-00017<br>TNM/DAR |

## **SUPPLEMENTAL ORDER**

The purpose of this Order is to advise *pro se* Plaintiff of her obligations under the Federal Rules of Civil Procedure and the rules of this Court, in accordance with the dictates of this Circuit. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Ham v. Smith*, 653 F.2d 628 (D.C. Cir. 1981); *Hudson v. Hardy*, 412 F.2d 1091 (D.C. Cir. 1968).

First, Plaintiff is advised that she must comply with all scheduling orders issued by the court. The undersigned entered a scheduling order on this date, in open court, during a hearing at which Plaintiff was present. A written order memorializing the ruling from the bench now appears on ECF. *See* Order (ECF No. 16).

Next, Plaintiff's attention is directed to Local Civil Rule 7, which provides, in pertinent part:

> (a) Each motion shall include or be accompanied by a statement of the specific points of law and authority that support the motion, including where appropriate a concise statement of facts . . . .
> (b) Within 14 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion.

> If such memorandum is not filed within the prescribed time, the Court may treat the motion as conceded . . . .
> (c) Each motion and opposition shall be accompanied by a proposed order.

LCvR 7(a)–(c).

February 15, 2019

DEBORAH A. ROBINSON
United States Magistrate Judge